# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRITTANY ISBELL**                                                                                          **PLAINTIFF**

**v.**                                         **Case No. 4:20-cv-01282-KGB**

**DOES**                                                                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the proposed findings and recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3).  Plaintiff Brittany Isbell has not filed any objections, and the time for filing objections has passed.  After careful consideration, the Court concludes that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).

The Court dismisses without prejudice Ms. Isbell's complaint for failure to pay the filing fee or file a motion to proceed *in forma pauperis* within 30 days as directed by the Court (Dkt. No. 1).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this 8th day of February, 2021.

_____
Kristine G. Baker
UNITED STATES DISTRICT JUDGE